*A Legal Tradition Since 1942*

# KIRSCHENBAUM & KIRSCHENBAUM, P.C.

**ATTORNEYS AT LAW**
**200 GARDEN CITY PLAZA**
**GARDEN CITY, NY 11530**
**(516) 747-6700**

www.KirschenbaumEsq.com

KENNETH KIRSCHENBAUM*
JENNIFER A. KIRSCHENBAUM
STEVEN B. SHEINWALD
STACY SPECTOR

JODI L. PERLMAN
KIERAN X. BASTIBLE
MAUREEN T. BEIL
SAMUEL C. ATLAS**
SCOTT T. DILLON
JESSE KIRSCHENBAUM
VIOLETTA FATTAKHOVA
CLORISSA V. WINTERS

SAMUEL KIRSCHENBAUM
1920-2013

**Of Counsel**
DENNIS M. STERN

ADMITTED
*NY & FL
**NY & NJ

Writer's Direct Ext.:318
Sdillon@kirschenbaumesq.com

July 7, 2022

**VIA ECF**

The Honorable Lee G. Dunst, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

Re: *Perrong v. PERS Group LLC, et. al.*
Civil Action No. 2:22-cv-23

Dear Judge Dunst:

This firm represents defendant Statewide Monitoring Corp. in the above captioned action.

I write simply to advise the Court that the proposed Discovery Order submitted with the Court on July 7, 2022 [ECF Doc. No. 24-1] contains a scriveners error. I will be appearing on behalf of Statewide at the July 20, 2022 Initial Conference, not Caroline Wallitt. I apologize for the discrepancy.

Respectfully,

/s/ Scott T. Dillon

Scott T. Dillon

STD/hf

cc: All ECF recipients