# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated, | Civil File No. 22-cv-23 |
| Plaintiff, | |
| v. | |
| PERS GROUP LLC and STATEWIDE MONITORING CORP. | |
| Defendants. | |

## ACCEPTANCE OF SERVICE

I, Eric Allen of Allen, Mitchell & Allen PLLC, 2091 E Murray Holladay Rd #21, Salt Lake City, UT 84117, hereby acknowledge receipt and my authority to accept service of the Court's July 21, 2022 Order. A copy of this was delivered to me by Anthony Paronich, counsel for the Plaintiff, on July 21, 2022, and I indicated to Mr. Paronich that I have the authority to accept such a document on behalf of PERS Group LLC.

Dated: July 21, 2022

_____
Eric Allen
Allen, Mitchell & Allen PLLC
2091 E Murray Holladay Rd #21
Salt Lake City, UT 84117